372 A.2d 442

Willis, Appellant, v. Willis.

Submitted June 22, 1976. George Guyer Young, Jr., for appellant; David J. Natale, for appellee.

Order affirmed.

372 A.2d 442

Wrigley, et ux. v. Heldor Associates, Inc., et al., Appellants.

Argued December 10, 1976. Charles W. Craven, with him John S. Thome, Jr., for appellants; John J. Connors, Jr., with him Leonard B. Sokolove, for appellees.

Orders affirmed.

HOFFMAN and SPAETH, JJ., absent.